# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARY ELLEN KEITH**                                                                      **PLAINTIFF**

VS.                          No.  4:20-cv-01382 BRW/PSH

**KILOLO KIJAKAZI,**[1] **Acting Commissioner,**
   **Social Security Administration**                                              **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Billy Roy Wilson.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant.  Fed. R. Civ. P. 25(d).

## DISPOSITION

Defendant Kilolo Kijakazi ("Kijakazi"), in her unopposed motion for voluntary remand (docket entry no. 15) requests this case be reversed and remanded for further administrative proceedings.  For good cause, the Court recommends that the unopposed motion to reverse and remand be granted.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE