# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARY ELLEN KEITH**                                                                              **PLAINTIFF**

VS.                           CASE NO. 4:20CV01382 BRW/PSH

**KILOLO KIJAKAZI,**[1] **Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris.  There are no objections.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 31st day of August, 2021.


                                                              Billy Roy Wilson
                                                              UNITED STATES DISTRICT JUDGE

---

[1]Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant.  Fed. R. Civ. P. 25(d).