IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY ELLEN KEITH**                                                                                       **PLAINTIFF**

**VS.**                            **CASE NO. 4:20CV01382 BRW/PSH**

**KILOLO KIJAKAZI,**[1] **Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 31st day of August, 2021.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant. Fed. R. Civ. P. 25(d).

1