**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARY ELLEN KEETH**                                                                **PLAINTIFF**

**VS.**                                    **4:20-CV-001382-BRW**

**KILOLO KIJAKAZI**                                                                **DEFENDANT**
**Acting Commissioner, Social Security Administration**

<u>**ORDER**</u>

Pending is Plaintiff's unopposed Motion for Attorney's Fees pursuant to the Equal

Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 20).

Since the hours spent by counsel were reasonable, the motion is GRANTED and Plaintiff

is entitled to attorney's fees and costs of $5,875.54

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject

to any offset to satisfy any pre-existing debt owed to the United States.[1]

IT IS SO ORDERED this 17th day of September, 2021.

<u>Billy Roy Wilson</u>
 UNITED STATES DISTRICT JUDGE

---

[1]*Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).